# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

Joseph Bradley Garrison )
(full name)          (Register No.) )
523604    14776-045              )
                                  )   Case No. 18-3216-CV-S-RK-P
         Plaintiff(s).            )
                                  )
v.                                )
                                  )
Green County Jail medical         )   Defendants are sued in their (check one):
(Full name)                       )   ___ Individual Capacity
All person and law                )   ___ Official Capacity
enforcement involved              )   [X] Both
         Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): Lawerance County Jail

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Joseph bradley Garrison Register No. _____
   Address 1716 East 8th St, Springfield mo 65802
   In care of: Sarah Jones

B. Defendant Green County Jail medical Staff
   and transport officers
   Is employed as _____

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Case 6:18-cv-03216-RK   Document 1   Filed 07/11/18   Page 1 of 4

III. Do your claims involve medical treatment? Yes X No ___

IV. Do you request a jury trial? Yes ___ No X

V. Do you request money damages? Yes X No ___

State the amount claimed? $15,000 / $10,000 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes X No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes X No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes X No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
E-filed on Kiosk in vernon County Jail Two may 15 2018 and every day until may 23 2018 never recieved answer

D. If you have not filed a grievance, state the reasons.
never filed while at green county because offense did not happen until during transfer from Green to Vernon

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes X No ___

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes X No ___

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: Joseph Bradley Garrison        Vernon County Jo.
          (Plaintiff)                     (Defendant)
(2) Date filed: 6-11-2018

(3) Court where filed: Western District of Missouri

(4) Case Number and citation: 3:18-cv-05051-SRB

(5) Basic claim made: medical negligence

(6) Date of disposition: _____

(7) Disposition: Pending
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _____
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

Green County transport officer and medical staff did not send medical paper work or medicine with me to Vernon County so it helped my finger get re-infected.

B. State briefly your legal theory or cite appropriate authority:

Medical negligence against Green County Jail medical staff because its there responsibility to see that all medicine and medical paper work goes with detainee during transport.

3

Case 6:18-cv-03216-RK   Document 1   Filed 07/11/18   Page 3 of 4

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
To award me pain suffering and punitive damages along with future, past and present medical bills payed for also lawyer fees and filing fees so the county will never do this again

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. _____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?    Yes____ No ✓

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

_____
_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes____ No ✓

If your answer is "Yes," state the name and address of the lawyer.

_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this __5__ day of __July__ 20_18_

_Joseph Garrison_
Signature(s) of Plaintiff(s)

4